**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON**

**CIVIL ACTION NO. 17-224-DLB-CJS**

**JESSICA ARNOLD et al.**                                                                                     **PLAINTIFFS**

**v.**                                               **JUDGMENT**

**LIBERTY MUTUAL INSURANCE
COMPANY, et al.**                                                                                            **DEFENDANTS**

* *   * *   * *   * *   * *   * *   * *

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, an in accordance with the Memorandum Opinion and Order entered this date, it is hereby **ORDERED** and **ADJUDGED** as follows:

(1) Defendants' joint Motion to Dismiss and for Judgment on the Pleadings (Doc. # 49) is **GRANTED** and Judgment is entered in favor of Defendants;

(2) This action is **DISMISSED** and **STRICKEN** from the Court's active docket; and

(3) This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 28th day of May, 2019.



Signed By:
*David L. Bunning* DB
United States District Judge